IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDDIE HOBSON,

Plaintiff,

v.

SAVE-A-LOT FOOD STORES, LTD, *et al*.,

Defendants.

Case No. 17-cv-617 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 20, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray**
**Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**